IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OLUSOLA OLUDAIRO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-782 (RDA/WBP) |

**ORDER**

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal. Dkt. 18. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff gives notice that this case is voluntarily dismissed without prejudice. *Id.* The Defendant has not filed an answer or a motion for summary judgment. *Id.* Accordingly, it is hereby ORDERED that the action is DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes and forward copies of this Order to counsel of record.

IT IS SO ORDERED.

Alexandria, Virginia
July 22, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge